**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

B-04-007

| UNITED STATES DISTRICT COURT | District: Southern District of Texas |
|---|---|

| Name of Movant | Prisoner No. | Case No |
|---|---|---|
| Jose Lucas Arteaga-Rodriguez | 11782-179 | B-02-CR-59-2 |

Place of Confinement: FCI Forrest City, P.O. Box 9000 Forrest City, Arkansas 72336-9000

United States District Court
Southern District of Texas
FILED

UNITED STATES OF AMERICA   v.   **JOSE LUCAS ARTEAGA-RODRIGUEZ**
(name under which convicted)

MAR 1 5 2004

Michael N. Milby
Clerk of Court

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack. U.S. District Court for the Southern District of Texas

2. Date of judgment of conviction   July 2, 2002

3. Length of sentence   120 months on Count 1 and 60 months on Count 2 to run consecutively

4. Nature of offense involved (all counts)   1) Conspiracy to possess with intent to distribute and possession with intent to distribute a quantity, more than 1000 kilograms, of marijuana, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)
2) using and carrying a firearm in violation of 21 U.S.C. § 924(c).

5. What was your plea? (Check one)
   ☐ (a) Not guilty
   ☒ (b) Guilty
   ☐ (c) Nolo Contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   ☐ (a) Jury   N/A
   ☐ (b) Judge only

7. Did you testify at the trial?
   ☐ Yes
   ☒ No

8. Did you appeal from the judgment of conviction?
   ☒ Yes
   ☐ No

Motion under 28 U.S.C. § 2255                                                                 Page 1

If you did appeal, answer the following:

    (a) Name of court: __Fifth Circuit Court of Appeals__

    (b) Result: __Affirmed__

    (c) Date of result: __June 25, 2003__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    - ☐ Yes
    - ☒ No

11. If your answer to 10 was "yes", give the following information:

(a)(1) Name of court: _____

  (2) Nature of proceeding: _____

  (3) Grounds raised: _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
- ☐ Yes
- ☐ No

  (5) Result: _____

  (6) Date of result: _____

(b) As to any second petition, application or motion; give the same information:

  (1) Name of court: _____

  (2) Nature of proceeding: _____

  (3) Grounds raised: _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes
☐ No

(5) Result: _____

(6) Date of result: _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc.     Yes ☐  No ☐
(2) Second petition, etc.   Yes ☐  No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

**CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.**

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds that you have in addition to those listed. However, you should raise, in this motion, all available grounds (relating to this conviction) on which you base your allegation that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilt which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled
(i) Denial of effective assistance of counsel
(j) Denial of right of appeal.

A. Ground one: **Ineffective Assistance of Counsel**

Supporting FACTS (state *briefly* without citing cases or law)
See Memorandum of Law

B. Ground two: **Arteaga-Rodriguez is Entitled to an Evidentiary Hearing**

Supporting FACTS (state *briefly* without citing cases or law)
See Memorandum of Law

C. Ground three.

Supporting FACTS (state *briefly* without citing cases or law)

Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, or D were not previously presented, state briefly what grounds were not presented and give your reasons for not presenting them.

    They are proprely presented in this motion

14. Do you have a petition of appeal now pending in any court as to the judgment under attack?
    - ☐ Yes
    - ☒ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked here.

    (a) At preliminary hearing: Rene E. DeCoss, Attorney at Law, 1718 Boca Chica Blvd., Brownsville, Texas 78520

    (b) At arraignment and plea: Same as above

    (c) At trial: N/A

    (d) At sentencing: same as above

    (e) On appeal: same as above

    (f) In post-conviction proceeding: Pro-se

(g) On appeal from any adverse ruling in a post-conviction proceeding: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    ☒ Yes
    ☐ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    ☐ Yes
    ☒ No

    (a) If so, give name and location of court that imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        ☐ Yes
        ☒ No

Wherefore, Movant prays that the court grant petitioner relief to which he or she may be entitled in this proceeding

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__3-9-04__
Date

*Jose-Lucas Arteaga Ro*
Signature of Movant

Motion under 28 U.S.C. § 2255                                                                        Page 6