AO 240 (Rev. 10/03)

United States District Court
Southern District of Texas
FILED

SEP 20 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

District of _____

|  |  |
|---|---|
| Plaintiff | APPLICATION TO PROCEED **MISCELLANEOUS** WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT |
| V. | |
| Defendant | CASE NUMBER: **B-04-007** |

I, Jose Lucas ARTeaga-Ro declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  F-C-I ForresT. CiTy A-R

   Are you employed at the institution? Yes    Do you receive any payment from the institution? $116.80

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  iNSTiTuTioN

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

| | | | | | | |
|---|---|---|---|---|---|---|
| FOR | 4/18/2004 6:36:41 PM | ITS0418 | | ITS Withdrawal | $(3.00) | $20.05 |
| FOR | 4/26/2004 6:30:01 PM | ITS0426 | | ITS Withdrawal | $(5.00) | $15.05 |
| FOR | 5/10/2004 10:16:49 AM | JV0106 | | Payroll - IPP | $18.48 | $33.53 |
| FOR | 5/12/2004 7:56:31 PM | ITS0512 | | ITS Withdrawal | $(3.00) | $30.53 |
| FOR | 6/10/2004 8:46:05 AM | JV0120 | | Payroll - IPP | $16.80 | $47.33 |
| FOR | 6/10/2004 11:23:04 AM | 2058 | | FRP Quarterly Pymt | $(25.00) | $22.33 |

**Total Transactions:** 34

**Totals:** 22.23   0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FOR | $22.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $22.33 |
| **Totals:** | **$22.33** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$22.33** |

# Inmate Statement



| Inmate Reg #: | 11782179 | Current Institution: | Forrest City FCI |
| --- | --- | --- | --- |
| Inmate Name: | ARTEAGA-RODRIGUEZ, JOSE | Housing Unit: | MARIANNA L |
| Report Date: | 06/24/2004 | Living Quarters: | M04-159L |
| Report Time: | 9:46:20 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Reciept# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FOR | 10/14/2003 8:25:24 AM | JV0267 | | | Payroll - IPP | $17.64 | | $17.74 |
| FOR | 10/19/2003 6:15:36 PM | ITS1019 | | | ITS Withdrawal | $(5.00) | | $12.74 |
| FOR | 10/23/2003 5:34:33 PM | 126 | | | Sales | $(6.60) | | $6.14 |
| FOR | 10/28/2003 5:00:59 PM | ITS1028 | | | ITS Withdrawal | $(1.00) | | $5.14 |
| FOR | 11/9/2003 1:11:12 PM | ITS1109 | | | ITS Withdrawal | $(4.00) | | $1.14 |
| FOR | 11/14/2003 8:41:13 AM | JV0020 | | | Payroll - IPP | $14.28 | | $15.42 |
| FOR | 11/20/2003 6:23:12 PM | 200 | | | Sales | $(11.10) | | $4.32 |
| FOR | 11/22/2003 9:46:33 PM | ITS1122 | | | ITS Withdrawal | $(4.00) | | $0.32 |
| FOR | 12/10/2003 10:15:52 AM | JV0038 | | | Payroll - IPP | $22.68 | | $23.00 |
| FOR | 12/10/2003 10:30:44 AM | 002018 | | | FRP Quarterly Pymt | $0.00 | | $23.00 |
| FOR | 12/10/2003 6:15:02 PM | ITS1210 | | | ITS Withdrawal | $(6.00) | | $17.00 |
| FOR | 12/11/2003 6:48:53 PM | 130 | | | Sales | $(10.80) | | $6.20 |
| FOR | 12/25/2003 6:35:01 PM | ITS1225 | | | ITS Withdrawal | $(3.00) | | $3.20 |
| FOR | 12/31/2003 12:09:41 PM | 6 | | | Sales | $(2.20) | | $1.00 |
| FOR | 1/12/2004 9:09:59 AM | JV0054 | | | Payroll - IPP | $16.80 | | $17.80 |
| FOR | 1/12/2004 7:58:44 PM | ITS0112 | | | ITS Withdrawal | $(7.00) | | $10.80 |
| FOR | 1/15/2004 5:26:07 PM | 100 | | | Sales | $(5.85) | | $4.95 |
| FOR | 1/15/2004 8:14:52 PM | ITS0115 | | | ITS Withdrawal | $(2.00) | | $2.95 |
| FOR | 1/31/2004 6:00:15 PM | ITS0131 | | | ITS Withdrawal | $(2.00) | | $0.95 |
| FOR | 2/10/2004 10:00:43 AM | JV0061 | | | Payroll - IPP | $16.80 | | $17.75 |
| FOR | 2/13/2004 6:50:54 PM | ITS0213 | | | ITS Withdrawal | $(6.00) | | $11.75 |
| FOR | 2/26/2004 4:42:50 PM | ITS0226 | | | ITS Withdrawal | $(5.00) | | $6.75 |
| FOR | 2/26/2004 5:21:00 PM | 107 | | | Sales | $(6.30) | | $0.45 |
| FOR | 3/10/2004 10:58:10 AM | 0083 | | | Payroll - IPP | $15.96 | | $16.41 |
| FOR | 3/10/2004 12:42:53 PM | 2039 | | | FRP Quarterly Pymt | $0.00 | | $16.41 |
| FOR | 3/27/2004 6:48:16 PM | ITS0327 | | | ITS Withdrawal | $(5.00) | | $11.41 |
| FOR | 4/8/2004 6:03:05 PM | ITS0408 | | | ITS Withdrawal | $(6.00) | | $5.41 |
| FOR | 4/9/2004 2:14:31 PM | JV0094 | | | Payroll - IPP | $17.64 | | $23.05 |



AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. __NONE__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __3 dependents - My wife and two doughters whish I cannot support them. Right Now__

I declare under penalty of perjury that the above information is true and correct.

__Julio-4-2004__                __Jose Lucas Arteaga Rodriguez__
Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.