1:04-MC-007

November 1, 2004

Michael N. Milby, Clerk
U.S. District Court
Room 1158
600 E. Harrison Street
Brownsville, Texas 78520

MAIL
United States District Court
Southern District of Texas
RECEIVED

NOV 0 8 2004

Michael N. Milby, Clerk

Dear Mr. Milby:

I am writing this letter to inquire on the status of the Motion under 28 U.S.C. § 2255, that I filed to the Court on March 9, 2004. I never received a Civil Case Number neither have I received a response from the Government on my § 2255 motion.

I would appreciate if you inform me on the status of my post-conviction appeal.

Thank you for your kind and prompt assistance in the handling of this urgent matter.

Sincerely,

Jose Lucas Arteaga Rodriguez

Jose Lucas Arteaga-Rodriguez
11782-179  M-A
Federal Correctional Complex-Low
P.O. Box 9000
Forrest City, AR 72336-9000