United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 2 3 2005

Michael N. Milby
Clerk of Court

JOSE LUCAS ARTEAGA-RODRIGUEZ
        Petitioner

v.                                    B-04-007 MC ✔
                                Crim. No. B-02-59-02

UNITED STATES OF AMERICA
        Respondent

### MOTION REQUESTING REINSTATEMENT OF HIS MOTION PURSUANT TO 28 U.S.C. § 2255

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW INTO COURT, the Petitioner, Jose Lucas Arteaga-Rodríguez,

acting in Propia Persona and respectfully files, for this Court consideration,

his Motion Requesting Reinstatement of his Motion Pursuant to 28 U.S.C. § 2255.

    In support thereof, Petitioner states as follows:

    1.  On the 18th day of August 2004, United States Magistrate Judge

Felix Recillo Ordered that Petitioner's Application for Writ of Habeas

Corpus be placed on the dismissal docket and dismissed thereafter if no

response is received from Petitioner by September 20, 2004.

    2.  Petitioner asserts that on or about July 3, 2004, he received

the Application to Proceed In Forma Pauperis which was delivered by

Bureau of Prisons' staff on the same date.

    3.  On July 4, 2004, Petitioner asserts that he placed an original

an one copy of the Application to Proceed In Forma Pauperis in the inmate

legal mailbox at Forrest City, Arkansas.

    4.  The letter was postmarked on July 6, 2004, at Memphis, TN.

See Exhibit 1.

## CERTIFICATE OF SERVICE

I hereby certify that I mailed an original and one copy of the foregoing motion requesting reinstatement of his Motion pursuant to 28 U.S.C. § 2255, via First Class Mail, on this 31st day of December 2004, addressed to:

UNITED STATES DISTRICT COURT
DEPUTY CLERK
P.O. BOX 2299
BROWNSVILLE, TEXAS 78522

_Jose Lucas Arteaga Rodriguez_
Jose Lucas Arteaga-Rodriguez
11782-179  M-A
Federal Correctional Complex-Low
P.O. Box 9000
Forrest City, AR 72336-9000

3