UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 8 2005

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSE LUCAS ARTEAGA-RODRIGUEZ | * |
| VS | * MISC. NO. B-04-007 |
| UNITED STATES OF AMERICA | * (Cr. No. B-02-059) |

### ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **May 31, 2005**.

DONE at Brownsville, Texas, this 28th day of March 2005.

Felix Recio
United States Magistrate Judge

7003 1680 0006 5214 2007

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Mr. Jose Lucas Artega-Rodriguez
Reg. No. #91502-179 M-A
Street, Apt. No.: Federal Correctional Institution
or PO Box No.: P O Box 9000
City, State, ZIP+4: Forrest City, AR 72336-9000
Misc. No. B04-7 (3/28/05 Order)

PS Form 3800, June 2002     See Reverse for Instructions