United States District Court
Southern District of Texas
FILED

APR 0 5 2005

Michael N. Milby
Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Jose Lucas Artega-Rodriguez
Reg No 11782-179 M-A
Federal Correctional Institution
P O Box 9000
Forrest City, AR 72336-9000

Misc No B04-7 (3/28/05 Order)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Bryan
C. Date of Delivery: 3-31-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0006 5214 2007

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-0381