

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
APR 0 8 2005
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSE LUCAS ARTEAGA-RODRIGUEZ | § |
| | § |
| VS. | § MISC. NO. B-04-007 ✓ |
| | § (Cr. No. B-02-059 |
| UNITED STATES OF AMERICA | § |

**MOTION TO REQUEST THIS HONORABLE COURT TO APPOINT PETITIONER LEGAL REPRESENTATION**

Here now comes Petitioner, requesting this Honorable District Court to provide him with a Counsel or Attorney to represent him and proceed with the process on his Habeas Corpus Motion §2255. Petitioner is an indigent person and cannot hire an attorney on his own, nor have any family members who may be able to provide one for him.

Petitioner, prays that this Honorable District Court provide him with an Attorney, and **GRANT** this motion on his favor. May God bless this Honorable Court.

Respectfully Submitted,

*Jose Arteaga Rodriguez*

JOSE LUCAS ARTEAGA-RODRIGUEZ

JOSE ARTEAGA -RODRIGUEZ
REG. NO. 11782-179
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 9000
FORREST CITY, AR 72336

" LEGAL MAIL "