United States District Court
Southern District of Texas
FILED
APR 18 2005
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
APR 1 8 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| JOSE LUCAS ARTEAGA-RODRIGUEZ | * |
| | * |
| VS | *   MISC. NO. B-04-007 ✓ |
| | *   (Cr. No. B-02-059) |
| UNITED STATES OF AMERICA | * |

## ORDER

On this the 18th day of April 2005, came on to be considered Petitioner's Motion to Request this Honorable Court to Appoint Petitioner Legal Representation, in the above-captioned and numbered cause of action, and the Court, having considered said Motion, finds that said Motion should be **denied**.

**IT IS SO ORDERED**.

DONE at Brownsville, Texas, on 18th day of April 2005.

_____
Felix Recio
United States Magistrate Judge