**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
U.S. Federal Building & Courthouse
600 E. Harrison, #203
BROWNSVILLE, TEXAS  78520-7152

United States District Court
Southern District of Texas
FILED

JUN 2 7 2005

Michael N. Milby
Clerk of Court

CHAMBERS OF
FELIX RECIO
MAGISTRATE JUDGE

June 23, 2005

PHONE (956) 548-2701

Mr. Jose Lucas Arteaga-Rodriguez
Reg. No. 11782-179
Federal Correctional Complex (Low)
P. O. Box 900
Forrest City, Arkansas 72336

RE:  Misc. No. B-04-007, Arteaga-Rodriguez vs. USA
     <u>Southern District of Texas, Brownsville Division</u>

Dear Mr. Arteaga-Rodriguez:

Policies regarding the handling of prisoner mail are set by prison institutional directors. This Court will not interfere with that authority unless the matter is properly before the court in the form of a lawsuit challenging the constitutionality of such policies.

Respectfully,

Judge Felix Recio
U.S. Magistrate Judge



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Sent To: Mr. Jose Lucas Arteaga-Rodriguez
         11782-179 M-A
Street, Apt. No.; Federal Correctional Institution
or PO Box No. P O Box 9000
City, State, ZIP+4  Forrest City, AR  72336-9000

MC 04-7 (6/23/04 Letter)

PS Form 3800, June 2002   See Reverse for Instructions

7004 2890 0003 2941 0447