United States District Court
Southern District of Texas
FILED

JUL 1 2 2005

Michael N. Milby
Clerk of Court

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery<br>7, 5, 0 |
| 1. Article Addressed to:<br>Mr. Jose Lucas Arteaga-Rodriguez<br>Reg No 11782-179 M-A<br>Federal Correctional Institution<br>P O Box 9000<br>Forrest City, AR  72336-9000<br><br>Misc. B04-7 (6/23/04 Letter) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7004 2890 0003 2941 0447 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540