**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
U.S. Federal Building & Courthouse
600 E. Harrison, #203
BROWNSVILLE, TEXAS 78520-7152

United States District Court
Southern District of Texas
FILED

JUL 1 8 2005

Michael N. Milby
Clerk of Court

CHAMBERS OF
FELIX RECIO
MAGISTRATE JUDGE

July 18, 2005

PHONE (956) 548-2701

Mr. Jose Lucas Arteaga-Rodriguez
Reg. No. 11782-179
Federal Correctional Complex (Low)
P. O. Box 900
Forrest City, Arkansas 72336

RE:   Cr. No. B-02-59 (Misc. No. B-04-007)
      Arteaga-Rodriguez vs. USA
      <u>Southern District of Texas, Brownsville Division</u>

Dear Mr. Arteaga-Rodriguez:

As requested, enclosed are copies of the following documents:

        Plea Agreement
        PSI Report
        Re-Arraignment Transcript
        Sentencing Transcript

Respectfully,

Judge Felix Recio
U.S. Magistrate Judge



U.S. Postal Service
CERTIFIED MAIL  RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
**OFFICIAL USE**

Mr. Jose Lucas Arteaga-Rodriguez
11782-179
Federal Correctional Complex (Low)
P O Box 900
Forrest City, AR 72336
Misc. B04-7 (7/18/05 Letter & Enclosures)