United States District Court
Southern District of Texas
FILED

JUL 28 2005

Michael N. Milby
Clerk of Court

| SENDER | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>                                    7-25-05 |
| 1. Article Addressed to:<br>Mr. Jose Lucas Arteaga-Rodriguez<br>Re No 11782-179<br>Federal Correctional Complex (Law)<br>P O Box 900<br>Forrst City, AR  72336<br><br>Misc. B04-7 (7/18/05 Letter & Enclosures) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0003 2941 0584 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-01-M-0381