United States District Court
Southern District of Texas
**FILED**

JUN 2 0 2006

Michael N. Milby
Clerk of Court

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE
```

7005 2570 0000 0448 8172

Misc No B04-7   (6/20/06   R&R)

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here

Mr. Jose Lucas Arteaga-Rodriguez
Reg. No. 11762-179
FCI Forrest City Law
Federal Correctional Institution
9000
Forrest City, AR  72336

PS Form 3800, June 2002       See Reverse for Instructions