United States District ⟨...⟩
Southern Distri⟨...⟩
FIL⟨...⟩

JUL 0 6 2006

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ⟨signature⟩  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                  7.20 ⟨...⟩ |
| 1. Article Addressed to:<br>Mr. Jose Lucas Arteaga-Rodriguez<br>Reg No 11782-179<br>FCI Forrest City Law<br>Federal Correctional Institution<br>P O Box 9000<br>Forrest City, AR  72336<br><br>Misc. No B04-7  (6/20/06 R&R) | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)          ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)    7005 2570 0000 0448 8172 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |