#117182-179
Federal Correctional Institution
P.O. Box 9000
Forrest City, AR 72336

LEGAL-MAIL

MAIL
United States District Court
Southern District of Texas
RECEIVED
JUL 13 2006
Michael N. Milby, Clerk

United States District Clerk,
U.S. Federal Building & Courthouse
600 E. Harrison, #101
Brownsville, TX 78520

