ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LUCAS ARTEAGA-RODRIGUEZ, | § | |
| Petitioner, | § | |
| | § | MISC. NO. B-04-007 |
| VS. | § | (CR. NO. B-02-059) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that Petitioner's application 28 U.S.C. § 2255 for relief (Doc. No. 1) is hereby DISMISSED.

DONE at Brownsville, Texas this ___29___ day of __September__, 2006.

_____
Hilda Tagle
United States District Judge